Ohio General Assembly as *Amicus Curiae* 3–4. If the decision below stands, it is likely to create needless uncertainty about the constitutionality of many of those statutes as well. When state statutes on matters of significant public concern have been declared unconstitutional, we have not hesitated to review the decisions in question, even in the absence of a circuit split. See, *e. g.,* *Romer* v. *Evans,* 517 U. S. 620 (1996). This case presents not only this compelling reason for certiorari, but also the ground that our failure to review the decision below may cast unnecessary doubt on the validity of other state statutes. I would grant the State's petition.

No. 97–998. UNITED STATES EX REL. RABUSHKA ET AL. *v.* CRANE CO. C. A. 8th Cir. Motion of Taxpayers Against Fraud et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–1148. AMERISOURCE CORP. ET AL. *v.* HJB, INC., ET AL.; and

No. 97–1152. ABBOTT LABORATORIES ET AL. *v.* HJB, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 123 F. 3d 599.

No. 97–1177. E. J. CO. ET AL. *v.* SANDVIK AKTIEBOLAG. C. A. Fed. Cir. Motion of Tool Crib, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–1202. FLORIDA *v.* FRANQUI. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1203. FLORIDA *v.* FRANQUI. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–8389 (A–706). JONES *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 97–8392 (A–707). JONES *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to

JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 97–8412 (A–711). JONES *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 97–8413 (A–712). JONES *v.* CROSBY, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. ▮▮▮▮▮▮▮

No. 96–8926. CARSON *v.* CHARTER MEDICAL, 522 U. S. 827;

No. 97–365. BRANDT *v.* SHOP 'N SAVE WAREHOUSE FOODS, INC., 522 U. S. 1075;

No. 97–404. FISHER *v.* VASSAR COLLEGE, 522 U. S. 1075;

No. 97–499. FELTMANN *v.* SIEBEN, INC., DBA PLAZA MOTORS, 522 U. S. 1075;

No. 97–602. BANKS *v.* UNITED STATES, 522 U. S. 1075;

No. 97–817. MARTIN *v.* GOODYEAR AUTO SERVICE CENTER, 522 U. S. 1077;

No. 97–5757. GRAVETTE *v.* UNITED STATES, 522 U. S. 999;

No. 97–5823. JORDAN *v.* UNITED STATES, 522 U. S. 923;

No. 97–6082. GAITHER *v.* FRENCH, WARDEN, 522 U. S. 1053;

No. 97–6277. MONROE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1003;

No. 97–6472. MOORE *v.* ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., 522 U. S. 1078;

No. 97–6486. RODRIGUEZ *v.* WATTS ET AL., 522 U. S. 1032;

No. 97–6567. AKPAETI *v.* FLORIDA DISTRICT COURT OF APPEAL, THIRD DISTRICT; and AKPAETI *v.* TERRANOVA CORP., 522 U. S. 1092;

No. 97–6626. POOLE *v.* WHITEHURST ET AL., 522 U. S. 1057;

No. 97–6682. DENNEY *v.* JONES, 522 U. S. 1059;

No. 97–6696. SIMMONS *v.* GTE NORTH, INC., ET AL., 522 U. S. 1059;

No. 97–6701. VICENTE-GUZMAN *v.* IMMIGRATION AND NATURALIZATION SERVICE, 522 U. S. 1059;